IN THE UNITED STATES DISTRICT COURT FOR
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| VS. | ) CRIMINAL NO. 09-00120-CG |
| | ) |
| JUAN CASTELAN-BENITEZ, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained an order in a Criminal Case, the court hereby **AMENDS** nunc pro tunc the order on guilty plea entered this date to read as follows:

Pending sentencing, Defendant shall remain in custody.

**DONE and ORDERED** this 22nd day of July, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE